[No. 34068-6-III.  Division Three.  June 13, 2017.]

OLGA KOZUBENKO, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-2-01811-1, Annette S. Plese, J., entered January 5, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, J.

[No. 34145-3-III.  Division Three.  June 13, 2017.]

*In the Matter of the Marriage of* RYAN GLOVER, *Appellant*, and CONNIE GLOVER, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-3-01109-4, Michael G. McCarthy, J., entered February 4, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 34361-8-III.  Division Three.  June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL SANCHEZ-FABIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-1-50575-0, Bruce A. Spanner, J., entered March 24, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 34966-7-III.  Division Three.  June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE RAFAEL CASTRO-LINO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01530-5, Robert A. Lewis, J., entered July 2, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.